PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 02 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

NAOMI ZICCARDI

Crim. No. 2:16cr12KS-MTP-001

On 09/24/2021 the above named was placed on probation/supervised release for a period of 3 years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 1st day of December, 2022.

_____
United States District Judge